## Second Department, March, 1967 *

### (March 15, 1967)

■ The People of the State of New York ex rel. Horatious Jackson, Relator, v. Warden, New York City Correctional Institution for Men (Rikers Island), Respondent.— Application for a writ of habeas corpus denied. Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.